# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| E.S., by and through her parents, R.S. and J.S., and JODI STERNOFF, both on their own behalf and on behalf of all similarly situated individuals,<br><br>       Plaintiff,<br><br>   v.<br><br>REGENCE BLUESHIELD; and CAMBIA HEALTH SOLUTIONS, INC., f/k/a THE REGENCE GROUP,<br><br>       Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER:  C17-1609 RAJ |

\_\_\_\_  **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 **X**   **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

     For the reasons set forth in the Court's order of September 24, 2018, Judgment is entered in favor of Defendants Regence BlueShield and Cambia Health Solutions, Inc., f/k/a The Regence Group, against Plaintiffs E.S., by and through her parents, R.S. and J.S., and Jodi Sternoff, both on their own behalf and on behalf of all similarly situated individuals.

     DATED this 27th day of September, 2018.

                                              WILLIAM M. McCOOL,
                                              Clerk of the Court

                                              By:  _/s/ Victoria Ericksen_
                                                      Deputy Clerk