UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 04 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| E. S., by and through her parents, R.S. and J.S., on her own behalf, and on behalf of all similarly situated individuals and JODI STERNOFF, on her own behalf, and on behalf of all similarly situated individuals,<br><br>     Plaintiffs - Appellants,<br><br>  v.<br><br>REGENCE BLUESHIELD and CAMBIA HEALTH SOLUTIONS, INC, FKA The Regence Group,<br><br>     Defendants - Appellees. | No. 18-35892<br><br>D.C. No. 2:17-cv-01609-RAJ<br>U.S. District Court for Western Washington, Seattle<br><br>**MANDATE** |

The judgment of this Court, entered July 14, 2020, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Nixon Antonio Callejas Morales
Deputy Clerk
Ninth Circuit Rule 27-7