UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| E.S., by and through her parents, R.S. and J.S., and JODI STERNOFF, both on their own behalf, and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>REGENCE BLUESHIELD, *et al.*,<br><br>Defendants. | Case No. 2:17-cv-01609-RAJ<br><br>MINUTE ORDER |

The clerk issues the following minute order by the authority of the Honorable Richard A. Jones, United States District Judge:

Plaintiffs seek reconsideration of the Court's Order granting in part Defendants' Motion to Dismiss for Failure to State a Claim. Dkt. # 68. Defendants should be afforded an opportunity to respond. Accordingly, Defendants' response is due May 13, 2024, and is limited to 10 pages. Plaintiffs' Motion for Reconsideration (Dkt. # 71) is re-noted for May 13, 2024.

DATED this 29th day of April, 2024.

RAVI SUBRAMANIAN,
Clerk of the Court

 */s/ Victoria Ericksen*
Deputy Clerk to Hon. Richard A. Jones