Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| E.S., *et al.*, | No. 2:17-cv-01609-RAJ |
| Plaintiffs, | |
| v. | SCHEDULING ORDER |
| REGENCE BLUESHIELD, *et al.*, | |
| Defendants. | |

Having considered the parties' Joint Status Report (Dkt. # 69), the Court sets a deadline of **NOVEMBER 8, 2024** for Plaintiffs to file a Motion for Class Certification. The Court will set further case scheduling deadlines after ruling on class certification. Should the Court deny the class certification motion, any party may request an expedited trial date. These are firm dates that can be changed only by order of the Court, not by agreement of counsel or the parties. The Court will alter these dates only upon good cause shown.

**Counsel are directed to review Judge Jones' Chambers Procedures at** http://www.wawd.uscourts.gov/judges/jones-procedures. **Counsel are expected to abide by the requirements set forth therein. Failure to do so may result in the imposition of sanctions.**

Links to Local Rules, Electronic Filing Procedures for Civil and Criminal Cases, court forms, instruction sheets, and General Orders, can be found on the Court's website at www.wawd.uscourts.gov.

**ALTERATIONS TO FILING PROCEDURES**

Counsel are required to electronically file all documents with the Court.  Pro se litigants may file either electronically or in paper form.  Information and procedures for electronic filing can be found on the Western District of Washington's website at http://www.wawd.uscourts.gov/attorneys/cmecf.

The following alteration to the Filing Procedures applies in all cases pending before Judge Jones:

**Mandatory Courtesy Copies for Chambers**:  Courtesy copies are only required for filings of administrative records, and for all civil documents over 50 pages.  The paper copy of the documents (binders with tabs or other organizing aids as necessary) shall be delivered to the Clerk's Office by 12:00 p.m. on the business day after filing.  The chambers copy must be clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers."  The parties are required to print all courtesy copies from CM/ECF using the "Include headers when displaying PDF documents" feature under "Document Options." This requirement does not apply to pleadings filed under seal.

**SETTLEMENT**

Should this case settle, counsel shall notify Victoria Ericksen as soon as possible at victoria_ericksen@wawd.uscourts.gov.  An attorney or party who fails to give the Court prompt notice of settlement may be subject to such discipline as the Court deems appropriate.

DATED:    May 21, 2024.

The Honorable Richard A. Jones
United States District Judge

SCHEDULING ORDER  –  2