The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

E.S., by and through her parents, R.S. and J.S., and
JODI STERNOFF, both on their own behalf, and on
behalf of all similarly situated individuals,

             Plaintiffs,

    v.

REGENCE BLUESHIELD; and CAMBIA
HEALTH SOLUTIONS, INC., f/k/a THE
REGENCE GROUP,

             Defendants.

NO. 2:17-cv-1609-RAJ

STIPULATED MOTION AND
(PROPOSED)
ORDER FOR EXTENSION OF TIME
FOR PLAINTIFFS' MOTION FOR
CLASS CERTIFICATION

**Note on Motion Calendar:**
**May 23, 2025**

## I.  STIPULATION

The parties have engaged in an exchange of extensive informal discovery and an all-day mediation with Louis Peterson on April 3, 2025.  Substantial progress was made during the mediation.  At the conclusion of the mediation, the parties agreed to continue to negotiate over the terms of a long-form settlement agreement, but without any settlement amount.  Under the agreement, when such an agreement is drafted, Mr. Peterson will make a "mediator's proposal" to each party with a proposed settlement amount.

The parties have reached agreement on the terms of long-form document, excluding the settlement amount.  The parties have also investigated the costs related to notice for the settlement class and need additional time to investigate methods for reducing such costs, in order to

STIPULATED MOTION AND (PROPOSED)
ORDER FOR EXTENSION OF TIME FOR PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION – 1
(Case No. 2:17-cv-1609-RAJ)

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON  98121
TEL. (206) 223-0303  FAX (206) 223-0246

determine if a settlement is possible.  Accordingly, the parties require additional time to resolve this dispute.

While these negotiations have continued, the parties have not pursued additional formal discovery.  To date, no depositions have been taken by either party.  Plaintiffs anticipate that they will require additional written discovery and at least a deposition of Regence's Rule 30(b)(6) witness before they can move for class certification.  Similarly, Defendant anticipates that it may require the deposition(s) of the named plaintiffs before class certification.  This discovery, aimed at class certification, may take 4-5 additional months, if no settlement is reached.

Accordingly, the parties respectfully request that the Court continue the current deadline for class certification of May 30, 2025 to October 31, 2025, so that the parties may conclude the ongoing settlement discussions.

DATED:  May 23, 2025.

| STOEL RIVES LLP | SIRIANNI YOUTZ SPOONEMORE HAMBURGER PLLC |
|---|---|
| *s/ Stephen H. Galloway* | *s/ Eleanor Hamburger* |
| Maren R. Norton, WSBA #35435 | Eleanor Hamburger (WSBA #26478) |
| Brad S. Daniels, WSBA #46031 | Richard E. Spoonemore (WSBA #21833) |
| Stephen H. Galloway, WSBA #55492 | Daniel S. Gross (WSBA #23992) |
| 600 University Street, Suite 3600 | 3101 Western Avenue, Suite 350 |
| Seattle, WA 98101 | Seattle, WA 98121 |
| Telephone: (206) 624-0900 | Telephone: (206) 223-0303 |
| maren.norton@stoel.com | ehamburger@sylaw.com |
| brad.daniels@stoel.com | rspoonemore@sylaw.com |
| stephen.galloway@stoel.com | dgross@sylaw.com |
| Attorneys for Defendants | Attorneys for Plaintiffs |

STIPULATED MOTION AND (PROPOSED)
ORDER FOR EXTENSION OF TIME FOR PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION – 2
(Case No. 2:17-cv-1609-RAJ)

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON  98121
TEL. (206) 223-0303   FAX (206) 223-0246

## II.  [PROPOSED] ORDER

Pursuant to the foregoing stipulation between the parties, and for good cause shown,

Plaintiffs shall file a Motion for Class Certification by October 31, 2025.

IT IS SO ORDERED.

DATED this _____ day of _____, 2025.

_____
RICHARD A. JONES
United States District Judge

Presented by:

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC

 *s/ Eleanor Hamburger*
Eleanor Hamburger (WSBA # 26478)
Richard E. Spoonemore (WSBA #21833)
Daniel S. Gross (WSBA #23992)
Attorneys for Plaintiffs

STIPULATED MOTION AND (PROPOSED)
ORDER FOR EXTENSION OF TIME FOR PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION – 3
(Case No. 2:17-cv-1609-RAJ)

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON  98121
TEL. (206) 223-0303   FAX (206) 223-0246